1  **Bruce E. Disenhouse, 078760**
   Bruce@disenhouselaw.net
2  **J. Pat Ferraris, 267223**
   JPat@disenhouselaw.net
3  DISENHOUSE LAW APC
   3890 Eleventh Street, Suites 215-217
4  Riverside, California 92501
   T:  951-530-3710
5  F:  951-543-4239

6  Attorneys for Defendant RONALD DURAN, erroneously sued herein as Doe 1

7

8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| STEVIE N, JULIO N., SAVANA N. and HAVEN N., minors by and through their Guardian ad Litem Rose Negrete,<br><br>         Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, an individual; COUNTY OF RIVERSIDE; COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT and DOES 1 to 10,<br><br>         Defendants.<br>_____ | **CASE NO.:  15-cv-00931 SVW (FFMx) (Consolidated with 5:14-cv-01024 SVW FFM)**<br><br>*Honorable Judge Stephen Wilson*<br><br>**ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

21     Defendant RONALD DURAN, erroneously sued herein as Doe 1, answers the

22 Second Amended Complaint on file herein as follows:

23     //

24     //

25     //

26     //

27     //

28     //

---

1
ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

I

Defendant admits the allegations of paragraph 2.

II

Defendant denies the allegations of paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and all subparts, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.

As and for affirmative defenses Defendant alleges as follows:

1. The Second Amended Complaint and each claim for relief fails to state a cause of action, thus barring this action in its entirety.
2. Defendant Ronald Duran is entitled to qualified immunity from suit herein, thus barring all federal claims.
3. Plaintiffs' recovery is barred or reduced by virtue of Plaintiffs' failure to mitigate damages.
4. The conduct of Chad Patrick Barrera was a superseding cause of Plaintiffs' injuries, thus barring all claims.
5. The conduct of Chad Patrick Barrera was an intentional, criminal act that acts as a superseding cause, thus barring all claims in their entirety.
6. Defendant's conduct was not a substantial factor in causing Plaintiffs' harm, thus barring all claims herein.
7. The Second Amended Complaint fails to state a claim for punitive damages against Defendant.

DATED: October 5, 2015        DISENHOUSE LAW APC


                              */s/ J. Pat Ferraris*
                              _____
                              J. PAT FERRARIS

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury pursuant to FRCP Rule 38 and Local Rule 38.

DATED: October 5, 2015            DISENHOUSE LAW APC

*/s/ J. Pat Ferraris*
_____
J. PAT FERRARIS

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

I, **Connie S. Johnson**, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3890 Eleventh Street, Suite 217, Riverside, California 92501.

On October 5, 2015, I served the foregoing **ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

**SEE ATTACHED MAILING LIST**

_x_  **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

___  **BY FAX**: A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

_X_  **BY ELECTRONIC SERVICE**: A copy of said document(s) was delivered by electronic transmission to the addressee(s) pursuant to C.C.P. 1010.6(3).

___  **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

___  **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

_x_  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 5, 2015, at Riverside, California.

_____
**Connie S. Johnson**

**MAILING LIST**
*SN. et al vs. Stanley Sniff, et al.*
*15-cv-00931 SVW(FFMx)*

***Attorney for Plaintiffs, S.N.; J.N.; S.N.; and H.N., minors, by and through their GAL Rose Negrete***

Jeffrey Robbin Lamb
Law Offices of Jeffrey Robbin Lamb
11704 Wilshire Boulevard, Suite 245
Los Angeles, California 90025
T:  310-477-0750
F:  310-477-0744
E:  jeff@jlamblawyer.com

Gilbert R. Geilim-Morales
Gilbert R. Geilim APLC
14560 Friar Street
Van Nuys, California 91411
T:  818-804-4114
F:  818-804-4119
E:  grglaw7@gmail.com

***Attorney for Defendant County of Riverside and Sheriff Stanley Sniff***

Arthur Kenneth Cunningham
Lewis Brisbois Bisgaard and Smith LLP
Tri-City Corp Center
650 East Hospitality Lane, Suite 600
San Bernardino, California  92408-3508
T:  909-387-1130
F:  909-387-1138
E:  Arthur.cunningham@lewisbrisbois.com

Christopher D. Lockwood
Arias & Lockwood
225 West Hospitality Lane, Suite 314
San Bernardino, California  92408
T:  909-890-0125
F:  909-890-0185
E:  christopher.lockwood@ariaslockwood.com