# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:14-cv-01024-SVW-FFM | Date | December 1, 2015 |
| Title | Rosa Negrete et al v. Stanley Sniff et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**       IN CHAMBERS ORDER CLOSING CASE

( )       Case previously closed in error.  Make JS-5.

(x)       Case should have been closed on entry [104], dated 11/16/15.  Make JS-6.

( )       Case settled but may be reopened if settlement is not consummated within  days.  Make JS-6.

( )       Other:

( )       Entered:

                                                                                              :
                                                              Initials of Preparer       PMC