**FILED**
CLERK, U.S. DISTRICT COURT

Feb 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.N. et al, <br><br> vs. <br><br> STANLEY SNIFF et al, <br><br> Defendants | Consolidated with: <br><br> CASE NO.: EDCV 14-01024 SVW (RZx) <br><br> CASE NO. EDCV 15-00931 SVW (KK) <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

The parties previously entered into a settlement of both <u>Negrete v. Sniff et al</u>, EDCV 14-01024 SVW (Rzx), and <u>S.N. v. Sniff et al</u>, EDCV 14-01024 SVW (Rzx). On February 1, 2016 the court approved the portion of the settlement which concerns the four minor plaintiffs.

The parties filed a stipulation to dismiss this action with prejudice. Pursuant to the settlement approved by the court, each party will bear his/its own costs and attorney's fees.

This case is therefore dismissed with prejudice.

DATED: February 19, 2016

_____
United States District Judge

1